UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
JOSHUA ADKINS,

        Plaintiff,

-v-

DEF LEPARDS BAND; MOTLEY CREW;
MATALLICA; BON JON JOVI; LED
ZEPPLIN; KISS; GUNS AND ROSES;
EDGE FEST; LALA PALOZA; BUZZ
FEAST; MONSTERSBAN; OZZ FEAST;
and OCTOBERFEST,

        Defendants.
--------------------------------------------------------x

**MEMORANDUM AND ORDER**

22-CV-05072 (RPK)

RACHEL P. KOVNER, United States District Judge:

On August 23, 2022, plaintiff Joshua Adkins, who is incarcerated at the Connally Unit prison facility in Kenedy, Texas, filed this *pro se* action. *See* Mot. to Proceed *In Forma Pauperis* 1 (Dkt. #2); https://inmate.tdcj.texas.gov/InmateSearch/viewDetail.action?sid=06867928 (last visited December 2, 2022). By letter dated August 26, 2022, the Court informed plaintiff that his submission was deficient as he failed to submit the Prison Litigation Reform Act ("PLRA") authorization form required to commence this action. *See* Notice of Deficient Filing (Dkt. #3). That notice advised plaintiff that if he did not return the form within 14 days his case could not proceed. *Ibid.* To date, plaintiff has failed to submit the PLRA authorization form. The action is thus dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, so *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

        SO ORDERED.

                      /s/ Rachel Kovner
                      RACHEL P. KOVNER
                      United States District Judge

Dated: December 5, 2022
       Brooklyn, New York